# EXHIBIT F



**DJ Akademiks** ✓
@Akademiks

BREAKING: It was revealed in court few moments ago that Tory Lanez DNA WAS NOT found on the weapon in the Meg Thee Stallion case.

11:43 AM · 2/23/22 · Twitter for iPhone

**1,167** Retweets  **1,504** Quote Tweets  **4,353** Likes

      

**This Tweet has been deleted.**

L. ALLEN
08.22.25
**Exhibit 131**
ANNETTE ARLEQUIN

Pete_0003443