QUINN EMANUEL URQUHART & SULLIVAN, LLP 295 5TH AVENUE NEW YORK, NY 10016

Client's File No.: _____
Case No.: 3:25-cv-15714
Date Filed: September 16, 2025
Court Date: _____

# AFFIDAVIT OF SERVICE

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

In re Motion to Compel Livingston Allen to Comply with Rule 45 Subpoena
Related to Civil Action No. 1:24-cv-24228-CMA (S.D. Fla)

vs

STATE OF NEW JERSEY COUNTY OF BURLINGTON SS.:

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of New Jersey

That on the following date: September 17, 2025, at the following time: 2:06 PM,
at 24 SHALLOW BROOK ROAD, MORGANVILLE, NJ 07751 deponent served the within
Notice of Motion to Compel, Civil Cover Sheet, Memorandum of Law in Support, Declaration of Joanna E. Menillo in Support with Exhibits

[X] Papers so served were properly endorsed with the Case No. and date of filing.

Upon: **LIVINGSTON ALLEN**

[X] **Individual** By delivering a true copy thereof to said recipient personally; deponent knew the person so served to be the individual described therein.

[ ] **Responsible Person** By delivering to and leaving with _____, _____ Relationship, a true copy thereof, a person of suitable age and discretion. Said premises being the defendant / respondent's
[ ] dwelling place   [ ] place of business/employment   [ ] last known address within the State.   [ ] usual place of abode

[ ] **Corporation LLC / LLP** By delivering to and leaving with _____ said individual to be _____ who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

[ ] **Affixing To Door** By affixing a true copy thereof to the door, being the defendant/respondent's [ ] dwelling place [ ] place of business/employment
[ ] last known address within the State. [ ] usual place of abode

[ ] **Previous Attempts** Deponent previously attempted to serve the above named defendant/respondent on:

**Perceived Description of Recipient**
Gender: Male   Race: Black   Color of hair: Black   Age: 36 - 50 Yrs.   Height: 5ft 9inch - 6ft 0inch
Weight: 161-200 Lbs.   Other Features: _____

[ ] **Mail** A copy thereof was deposited in a postpaid, properly addressed envelope, marked "Personal and Confidential" in a depository maintained by the U. S. P. S. and mailed First Class mail to the above address _____ on

[ ] **WITNESS FEES** Subpoena Fee Tendered in the amount of $.

[X] **MILITARY SERVICE** I asked the person spoken to whether defendant was in active military service of the United States in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

[ ] **Other**

Sworn to before me on 9/19/25

David Curty
Notary Public
State of New Jersey
My Commission Expires July 17, 2029

PROCESS SERVER - PRINT NAME BELOW SIGNATURE
Theodore Harris

PROCESS SERVER LICENSE #

COURT SUPPORT, INC. 265 POST AVE #150, WESTBURY, NY 11590 LICENSE #1382542-DCA

Work Order # 1503932