quinn emanuel trial lawyers | new york

295 5th Avenue, New York, New York 10016-7103 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7050**

WRITER'S EMAIL ADDRESS
**joannamenillo@quinnemanuel.com**

September 19, 2025

<u>VIA ELECTRONIC SUBMISSION</u>

The Honorable Robert Kirsch
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Courtroom 4E
Trenton, NJ 08608

Re:   <u>In re Motion to Compel Livingston Allen to Comply with Rule 45 Subpoena</u>

Dear Judge Kirsch,

    This firm represents Megan Pete, Petitioner in the above-referenced matter. Pursuant to the Court's September 17, 2025 order, Ms. Pete's motion is set for October 20, 2025. The motion, however, relates to discovery in the underlying Florida Action, *Pete v. Cooper*, 24-cv-24228 (S.D. Fla.) (the "Florida Action") which is set for trial on November 17, 2025. Accordingly, we respectfully request that the Court expedite Ms. Pete's motion to compel and set resolution of the motion for no later than October 3, 2025 or as soon thereafter as is convenient for the Court.

    Under the current schedule, if Ms. Pete's motion is granted, Ms. Pete will suffer significant prejudice as the parties would have less than one month to schedule and take the redeposition of Mr. Allen. *See TAKTL, LLC v. IWR, N. Am., LLC*, 2024 WL 4681443, at *2 (W.D. Pa. Nov. 5, 2024) ("[L]ast minute disruptions" caused by "deposition in the final weeks before trial … are highly prejudicial."). Ms. Pete believes Mr. Allen has valuable and necessary information relevant to the Florida Action. And although Ms. Pete hopes for the prompt scheduling of any such redeposition, she is reasonably concerned that scheduling will be difficult absent immediate action by the Court, given Mr. Allen's lack of communication to date, (*see* Dkt. No. 1, Menillo Decl. ¶¶ 10–12). *See Bierman v. Marcus*, 122 F. Supp. 250, 253 (D.N.J. 1954) (granting motion to compel redeposition and requesting a proposed order "be submitted setting the time and place for the completion of the taking of the depositions as soon as possible" to facilitate scheduling trial). As such, Ms. Pete respectfully requests that the Court set a date for resolution of her motion earlier than October 20, 2025 so she and opposing counsel in the Florida Action are able to adequately prepare for trial. *See Su v. Innovative Design & Dev. LLC*, 2023 WL 7384409, *4 (D.N.J. Nov. 8,

quinn emanuel urquhart & sullivan, llp

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | SINGAPORE | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH

2023) (recognizing need for depositions to "be conducted within a specified window to allow … enough time [to prepare] … for trial"); *Quick v. Twp. of Bernards*, 2023 WL 4237059, *7 (D.N.J. June 28, 2023) (ordering witnesses to sit for redeposition within approximately a month and a half's time); *Faiella v. Sunbelt Rentals, Inc.*, 341 F.R.D. 553, 560 (D.N.J. 2022) ("[A]t some point, discovery must end so that the parties can determine the total universe of facts and evidence relevant to a case in order to prepare for trial." (quotations omitted)).

       Ms. Pete has moved promptly to enforce compliance with the subpoena to Mr. Allen. (*See* Dkt. No. 1, Menillo Decl. ¶¶ 10–12). Mr. Allen should not be allowed to avoid compliance with the subpoena simply because the clock is running out. *See Quick*, 2023 WL 4237059, at *6 ("Lest it be unsaid, this Court will not view favorably any obstreperous or bad-faith efforts by the deponents or counsel to run out the clock on the Court's time limitation."). Ms. Pete respectfully requests that this Court expedite ruling on her motion to compel so that she may have adequate time to prepare for trial.

Respectfully submitted,

/s/ Joanna E. Menillo

Joanna E. Menillo