UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE MOTION TO COMPEL LIVINGSTON ALLEN TO COMPLY WITH RULE 45 SUBPOENA | Civ. No. 25-15714 (RK)(JBD)<br><br>**ORDER** |

**THIS MATTER** comes before the Court by way of Petitioner Megan Pete's Motion to Compel Livingston Allen, appearing *pro se*, in connection with an action pending in the United States District Court for the Southern District of Florida captioned *Megan Pete v. Milagro Elizabeth Cooper*, Civ. No. 24-24228 (CMA) ("Florida Action"); and the Court having considered the moving papers and having held an in-person hearing on October 8, 2025; and for the reasons set forth on the record during that hearing;

**IT IS** on this **8th** day of **October**, 2025,

**ORDERED** that petitioner's motion to compel [Dkt. 1] is **GRANTED** in limited part; and it is further

**ORDERED** that Mr. Allen's deposition shall be reopened, and shall last for no more than forty-five additional minutes and shall be restricted to questions relating to Mr. Allen's source of information for the social media post at issue in paragraph 34 of the Second Amended Complaint in the Florida Action; and it is further

**ORDERED** that the deposition shall take place in person at the Clarkson S. Fisher Federal Building & U.S. Courthouse, 402 East State Street, Trenton,

New Jersey, 08608, on a date and time mutually convenient for counsel and Mr. Allen; and it is further

**ORDERED** that counsel for petitioner shall notify chambers promptly when a date and time are confirmed so that the Court may make appropriate arrangements for the deposition.

_____
J. BRENDAN DAY
UNITED STATES MAGISTRATE JUDGE