UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**OFFICE: TRENTON**  **OCTOBER 8, 2025**
**MAGISTRATE JUDGE: DAY**  **DATE OF PROCEEDINGS**
**COURT REPORTER: DIGITALLY RECORDED**

**TITLE OF CASE:**  **DOCKETS 3:25-cv-15714 (RK)(JBD)**
MOTION TO COMPEL LIVINGSTON ALLEN
TO COMPLY WITH RULE 45 SUBPOENA

**APPEARANCES:**
Joanna Menillo, Esq., for Petitioner
Livingston Allen, *prose* Third Party

**NATURE OF PROCEEDING:** ORAL ARGUMENT
Oral argument held on [1] MOTION to Quash/Compel/Enforce Subpoenas.
Ordered that the Motion is granted in limited part.
Ordered that Mr. Allen's deposition shall be reopened, and shall last for
no more than forty-five additional minutes with additional restrictions.
Order to follow.

TIME COMMENCED:  1:04 p.m.
TIME ADJOURNED:  2:13 p.m.                    s/ Christopher Yoos
TOTAL TIME: 1 HR 9 MINUTES                         Deputy Clerk